IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**RITA ESTEP-WENDELL,**

    **Plaintiff,**

v.                  **CIVIL ACTION NO. 3:23-0687**

**THE HUNTINGTON NATIONAL BANK**

    **Defendant.**

## AGREED ORDER OF DISMISSAL

Defendant, The Huntington National Bank ("Huntington") and Plaintiff, Rita Estep-Wendell ("Plaintiff'), by their respective counsel, announce to the Court that all matters controversy between Plaintiff and Defendant have been fully compromised, agreed, and settled. The parties jointly move the Court to dismiss all claims with prejudice.

It appearing proper to do so, it is hereby **ORDERED** that all the claims asserted by either party, or arising out of the events set forth in the record, collectively, be and are, **DISMISSED**, with prejudice, as fully compromised, agreed, and settled. Furthermore, it is **ORDERED** that each party shall bear its own attorney fees and costs.

The Clerk is hereby **DIRECTED** to send certified copies of this Order to all counsel of record.

Entered this \_\_\_ day of _____, 2024.

_____
JUDGE

**Prepared and submitted by:**

*/s/ Matthew L. Ward*
Matthew L. Ward (WV State Bar No. 11903)
Dinsmore & Shohl LLP
611 Third Avenue
Huntington, WV 25701
Telephone: (304) 529-6181
Email: matthew.ward@dinsmore.com


Jill Cranston Rice (WV State Bar No. 7421)
Alex M. Greenberg (WV State Bar No. 12061)
Dinsmore & Shohl LLP
215 Don Knotts Blvd., Suite 310
Morgantown, WV 26501
Telephone: (304) 296-1100
Email: jill.rice@dinsmore.com
Email: alex.greenberg@dinsmore.com
    *Counsel for Defendant*


**Agreed to by:**
*/s/ Benjamin Sheridan*
Benjamin Sheridan (WV State Bar No. 11296)
Megan A. Patrick (WV State Bar No. 12595)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
Telephone: (304) 562-7111
Email: ben@kleinsheridan.com
Email: mpatrick@kswvlaw.com
    *Counsel for Plaintiff*